IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20-cr-00098-HSO-JCG

KEVIN VINCENT ELLIS

ORDER TO UNSEAL INDICTMENT AND CASE

Upon Motion of the United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 26th day of October, 2020.

*s/ John C. Gargiulo*

HONORABLE JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE